Stanley I. Greenberg (SBN 053649)
A Law Corporation
11845 West Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Telephone: (424) 248-6600
Facsimile: (424) 248-6601
Email: stanmanlaw@aol.com

Attorney for Defendant:
JOSEPH SARANELLO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSEPH SARANELLO,<br><br>    Defendant. | **Case No.**  SA CR 10-00063-JVS-01<br><br>**ORDER** |

Upon stipulation of the parties, without objection by the Probation Department, the Court's order is hereby modified. IT IS HEREBY ORDERED that Mr. Saranello shall be required to pay towards restitution at the rate of not less than 10% of his net monthly income, but not less than $100, whichever is greater.

Dated: June 02, 2017

_____
Honorable James V. Selna
United States District Judge

CC:  U.S. Probation Office

1